NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


GREGORY D. FLOYD,                              )
                                               )
            Appellant,                         )
                                               )
v.                                             )          Case No. 2D17-3828
                                               )
STATE OF FLORIDA,                              )
                                               )
            Appellee.                          )
                                               )
_____            )

Opinion filed February 28, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.


PER CURIAM.


            Affirmed.


CASANUEVA, CRENSHAW, and LUCAS, JJ., Concur.